# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                             Case No.: 1:12–cr–00110
                                                  Honorable Samuel Der–Yeghiayan

Lynn S Loppnow, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 7, 2013:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan as to Lynn S Loppnow and Dean R. Loppnow: Status hearing held and continued to 05/14/13 at 9:00 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 05/14/13 is granted pursuant to 18 U.S.C. 3161(h)(7)(A)(B) without objection. Defendants personal appearances are hereby waived for the 05/14/13 status hearing. Conditions of release previously set are to stand until further order of the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.